SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>    vs.<br><br>Avneet Singh, et al,<br><br>          Defendants | Case No. **2:11-cv-02423-JAM-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 23, 2011 FOR DEFENDANTS AVNEET SINGH INDIVIDUALLY AND D/B/A BASKIN ROBBINS #147; ROBERT LOPEZ INDIVIDUALLY AND D/B/A SPORTSMEN BARBER SHOP; ELLIOTT FAMILY ENTERPRISES, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC, by and through their respective attorneys of record, Scott N. Johnson; Judith L. Carlisle, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC are granted an extension until December 23, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC response will be due no later than December 23, 2011.

IT IS SO STIPULATED effective as of November 8, 2011

Dated:   November 8, 2011              /s/Judith L. Carlisle___

                                        Judith L. Carlisle,

                                        Attorney for Defendants

                                        Avneet Singh

                                        Individually and d/b/a

                                        Baskin Robbins #147;

                                        Robert Lopez

                                        Individually and d/b/a

PDF created with pdfFactory trial version www.pdffactory.com

```
                                      Sportsmen Barber Shop;
                                      Elliott Family
                                      Enterprises, LLC


Dated:  November 8, 2011              /s/Scott N. Johnson ____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC shall have until December 23, 2011 to respond to complaint.

```
Dated: 11/15/2011                     /s/ John A. Mendez_____
                                      U. S. District Court Judge
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com