SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02423-JAM-EFB** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 23, 2011 FOR DEFENDANTS AVNEET SINGH INDIVIDUALLY AND D/B/A BASKIN ROBBINS #147; ROBERT LOPEZ INDIVIDUALLY AND D/B/A SPORTSMEN BARBER SHOP; ELLIOTT FAMILY ENTERPRISES, LLC TO RESPOND TO COMPLAINT |
| vs. | |
| Avneet Singh, et al, | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC, by and through their respective attorneys of record, Scott N. Johnson; Judith L. Carlisle, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.
2. Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC are granted an extension until December 23, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC response will be due no later than December 23, 2011.

IT IS SO STIPULATED effective as of November 8, 2011

Dated:   November 8, 2011            /s/Judith L. Carlisle___
                                     Judith L. Carlisle,
                                     Attorney for Defendants
                                     Avneet Singh
                                     Individually and d/b/a
                                     Baskin Robbins #147;
                                     Robert Lopez
                                     Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
                                        Sportsmen Barber Shop;
                                        Elliott Family
                                        Enterprises, LLC


Dated:  November 8, 2011                /s/Scott N. Johnson ____
                                        Scott N. Johnson,
                                        Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Avneet Singh Individually and d/b/a Baskin Robbins #147; Robert Lopez Individually and d/b/a Sportsmen Barber Shop; Elliott Family Enterprises, LLC shall have until December 23, 2011 to respond to complaint.

```
Dated: 11/15/2011                       /s/ John A. Mendez_____
                                        U. S. District Court Judge
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com