SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>   vs.<br><br>Avneet Singh, et al,,<br><br>         Defendants | Case No. **2:11-cv-02423-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANTS AVNEET SINGH; ROBERT LOPEZ; ELLIOTT FAMILY ENTERPRISES, LLC; ELLIOTT FAMILY ENTERPRISES, L.P.**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants, Avneet Singh; Robert Lopez; Elliott Family Enterprises, LLC; Elliott Family Enterprises, LLC, are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendant Westamerica Bank.

Date:  1/24/2012

                        /s/ John A. Mendez_____
                        U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02423-JAM-EFB- 1

PDF created with pdfFactory trial version www.pdffactory.com