SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-02423-JAM-EFB** |
|  | ) |
| Plaintiff, | ) **ORDER RE: STIPULATION FOR** |
|  | ) **DISMISSAL** |
| vs. | ) |
|  | ) |
| Avneet Singh, et al, | ) |
|  | ) |
| Defendants | ) |
|  | ) |
|  | ) |
|  | ) |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  1/30/2012

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-cv-02423-JAM-EFB- 1

PDF created with pdfFactory trial version www.pdffactory.com